UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MARC CAGEY OREIRO,<br><br>                Defendant. | CASE NO. MJ25-332<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with assault by strangulation. The Court received no verified information about Defendant's residence, employment, health or substance and alcohol use. The initial pretrial report indicates Defendants has had numerous contacts with law enforcement and that numerous warrants for his arrest have been issued. Defendant did not contest detention. The Court finds Defendant has failed to overcome the rebuttable presumption that he is both a danger to the community and a risk of flight.

It is therefore **ORDERED**:

DETENTION ORDER - 1

1     (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

    (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 16th day of June, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2